FILED
electronically
Clerk of Court
U.S. Bankruptcy Court
Eastern District of Texas
Date: 03/05/2013
Time: 10:39:43
Pages: 3

20130305103804.PDF
T-136250158315
9FA17C94A7561060

Revised 7/2001                                                LBR Append

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:

Billy Dickson
_____
Debtor(s)

13-60169
_____
Bankruptcy Case Number

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Creditor Matrix Format (check one):

Diskette:    _____

Paper:      ___✓_____

Date: _3-5-2013_

_____
Debtor  Signature

Date: _____

_____
Joint Debtor  Signature

White Oak State Bank
1101 S White Oak Rd
White Oak TX 75693-3509

Joe Boys Towing
6000 W Marshall Ave
Longview TX 75604-6012

Gold Star Finance
308 N Spur 63
Longview TX 75601-5005

Longview Cable Television
711 N High St
Longview TX 75601-5331

Select Portfolio Servicing
PO Box 65250
Salt Lake City UT 84165-0450

Atmos Energy
PO Box 619785
Dallas TX 75261-9785

Verizon Wireless
PO Box 105378
Atlanta GA 30348

City Of Longview Water
PO Box 1952
Longview TX 75606

AEP
PO Box 24401
Canton OH 44701-4401

ECMC
PO Box 64909
St Paul MN 55164-0909

One Main
PO Box 17269
Baltimore MD 21297

General Insurance
PO Box 305054
Nashville TN 37230-5054

Direct TV
PO Box 6550
Greenwood Village CO 80155-6550

RJM Acquisitions
575 Underhill Blvd Suite 224
Syosset NY 11791-4437

Regions
PO Box 10063
Birmingham AL 35202-0063

Dish TV
PO Box 105169
Atlanta GA 30348-5169

Anita Dickson
4827 George Richey Rd
Longview TX 75604